UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OWENS,<br><br>                             Plaintiff,<br><br>v.<br><br>JOHN P. HANCOCK JR., LARRY JAHN, RANDY HASSE, JOHN KANTARIAN, WILLIAM BEAUMONT HOSPITAL,<br><br>                             Defendants. | Case No.: 23-cv-2025-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

On November 2, 2023, Plaintiff, proceeding pro se, initiated this action by filing a Complaint against John P. Hancock Jr., Larry Jahn, Randy Hasse, John Kantarian, and William Beaumont Hospital. (ECF No. 1.) Plaintiff also filed a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). (ECF No. 2.)

On December 6, 2023, the Court ordered Plaintiff to show cause "why this action should not be dismissed for lack of subject matter jurisdiction" ("Order to Show Cause"). (ECF No. 3 at 4.) The Court ordered Plaintiff to "file a response to this Order within twenty-one (21) days of the date this Order is filed. If Plaintiff fails to timely demonstrate subject

matter jurisdiction, the Court will order that this action be dismissed without prejudice." *Id.*

The docket reflects that Plaintiff has not filed a response to the Court's Order to Show Cause, or otherwise timely demonstrated subject matter jurisdiction. Based upon the Complaint and as previously discussed by the Court (ECF No. 3 at 1–3), the Court lacks subject matter jurisdiction over this action.

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to adequately allege subject matter jurisdiction and failure to obey the Court's December 6, 2023 Order. The Clerk of Court is directed to close this case.

IT IS FURTHER ORDERED that the Motion to Proceed IFP (ECF No. 2) is denied as moot.

Dated: January 8, 2024

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court